**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS T. RECHT, | No. C 06-4981 MEJ |
|     Plaintiff(s), | **ORDER DISMISSING CASE** |
| VISA | |
|     Defendant(s). | |

Pending before the Court is Plaintiff's Application to Proceed In Forma Pauperis, filed on August 27, 2007. Pursuant to 28 U.S.C. § 1915(e), where a plaintiff seeks to proceed in forma pauperis, the Court must dismiss the complaint if it determines that the complaint is frivolous or malicious, or that the plaintiff has failed to state a claim upon which relief can be granted. 28 U.S.C. § 1915(e)(2)(B)(I), (ii).

Here, Plaintiff's complaint falls directly within the category of pleadings identified in § 1915(e)(2)(B)(I) and (ii). Plaintiff's claims are nonsensical and fail to state a claim, and the Court notes that this is one of at least nine such nonsensical cases filed by Plaintiff. These cases show a flagrant abuse of the court system by someone who has filed floridly delusional complaints.[1]

---

[1] C-06-4919 MMC, *Recht v. U.S.*, was filed on August 15, 2006 and dismissed on August 17. C-06-4980 CRB, *Recht v. Heartland Financial*, was filed on August 17, 2006 and dismissed November 29, 2006. C-06-4981 MEJ, *Recht v. VISA*, was filed on August 17, 2006. C-07-2668 SBA, *Recht v. Risk Management*, was filed May 21, 2007 and dismissed on June 11, 2007. C-07-2670 JL, *Recht v. U.S. Army*, was filed on May 21, 2007 and dismissed on May 24, 2007. C-07-2671 MMC, *Recht v. Homeland Security*, was filed May 21, 2007 and dismissed on July 9, 2007. C-07-2673 MMC, *Recht*

1  Accordingly, pursuant to 28 U.S.C. § 1915(e)(2)(B), Plaintiff's complaint is DISMISSED and her

2  application to proceed in forma pauperis and motion for summons are DENIED as moot.

3  **IT IS SO ORDERED.**

5  Dated: October 31, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

---

27  *v. Navy*, was filed on May 21, 2007 and dismissed on July 9, 2007.  C-07-2674 SI, *Recht, et al. v. Hansen*, was filed on May 21, 2007.

28

2

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LOUIS T. RECHT,

      Plaintiff,

v.

WARREN PRODUCTIONS,

      Defendant.
      _____/

Case Number: CV07-04410 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Louis T. Recht
General Delivery
Seattle WA 98107

Louis T. Recht
725 6th Ave #2
San Francisco CA 94201

Louis T. Recht
PO Box 424217
San Francisco CA 94118

Dated: October 31, 2008

                                    Richard W. Wieking, Clerk
                                    By: Brenda Tolbert, Deputy Clerk

3